| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  McKeown, Mary M. | 2. Court or Organization  Ninth Circuit Court of Appeals | 3. Date of Report  07/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☐   Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address  U. S. Court of Appeals 401 West A Street Suite 2000 San Diego CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | International Association of Women Judges |
| 2. | Board of Visitors | Georgetown University Law Center |
| 3. | Board of Directors | Federal Judges Association |
| 4. | Board of Directors | Murie Center |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Sum 14 | Univ of San Diego Law School - Teaching | $11,000.00 |
| 2. 9/2014 | Northwestern Law School - Teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | University of California San Diego - Salary |
| 2. 2014 | Self-employed Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | January 8-13, 2014 | El Salvador / Washington, DC | Meetings/training for ABA ROLI | Transportation and food |
| 2. | American Law Institute | January 15-17, 2014 | Philadelphia, PA | Council meeting | Transportation, lodging and food |
| 3. | American Bar Association | March 4-5, 2014 | Washington, DC | ABA ROLI meeting | Transportation and food |
| 4. | American Bar Association | March 31-April 2, 2014 | Toluca, Mexico | ABA ROLI: training course | Transportation, lodging and food |
| 5. | Berkeley Center for Law & Technology | April 2-3, 2014 | Berkeley, CA | Conference speaker | Transportation, lodging and food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M. | 07/15/2015 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | American Bar Association | April 9-13, 2014 | Port au Prince, Haiti | Meeting/training for ABA ROLI | Transportation, lodging and food |
| 7. | Federal Judges Association | May 5-7, 2014 | Washington, DC | Board meeting | Transportation, lodging and food |
| 8. | American Society of International Law | June 22-24, 2014 | Washington, DC | Meeting | Transportation, lodging and food |
| 9. | University of San Diego School of Law | June 30-July 9, 2014 | Paris, France | Teaching | Transportation, lodging and food |
| 10. | Northwestern University School of Law | September 22-25, 2014 | Madrid, Spain | Teaching | Transportation, lodging and food |
| 11. | Federal Judges Association | November 8-12, 2014 | Iguazu, Brazil | International Judges Association Conference | Transportation, lodging and food |
| 12. | Federal Judges Association | November 18, 2014 | Washington, DC | Meeting | Lodging and food |
| 13. | American Law Institute | November 19-20, 2014 | Philadelphia, PA | Advisors' Meeting | Partial transportation and lodging |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA #2 | A | Interest | L | T | | | | | |
| 2. BOEING | A | Dividend | J | T | | | | | |
| 3. SCHWAB ACCT #4 | | | | | | | | | |
| 4. ---AIM VI TECH FUND | | None | J | T | | | | | |
| 5. ---ALGER LARGE CAP GROWTH | | None | K | T | | | | | |
| 6. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 7. ---BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 8. ---SCHWAB S&P 500 INDEX FUND | | None | K | T | | | | | |
| 9. TULLY'S COFFEE | | None | | | Closed | 12/31/14 | J | | Bankrupt |
| 10. TRUST #1 | | | | | | | | | |
| 11. ---FIDELITY BLUE CHIP | A | Dividend | L | T | | | | | |
| 12. ---FIDELITY DISCOVER FUND | A | Dividend | K | T | | | | | |
| 13. ---FIDELITY GROWTH & INC | A | Dividend | K | T | | | | | |
| 14. 403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 15. ---UC SAVINGS FUNDS | A | Dividend | L | T | | | | | |
| 16. ---FIDELITY CONTRA | A | Dividend | N | T | | | | | |
| 17. ---FIDELITY EURO CAP APPREC | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---FIDELITY SELECT TECH/PURITAN | B | Dividend | K | T | | | | | |
| 19. --FIDELITY SELECT INDUS EQUIP | | None | K | T | | | | | |
| 20. --FIDELITY SELECT INDUSTRIALS | | None | | | Merged (with line 19) | 12/31/14 | K | | |
| 21. --FIDELITY SMALL CAP DISCOVERY | | None | K | T | | | | | |
| 22. FIDELITY INVESTMENTS - JT | | | | | | | | | |
| 23. ---FIDELITY MID-CAP | A | Dividend | K | T | Open | 07/01/14 | K | | |
| 24. ---FIDELITY PURITAN | A | Dividend | K | T | Open | 07/01/14 | K | | |
| 25. NORTHERN TRUST #1 | | | | | | | | | |
| 26. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 27. NORTHERN TRUST #2 | | | | | | | | | |
| 28. ---NORTHERN TRUST MMF | A | Interest | K | T | | | | | |
| 29. NORTHERN TRUST #3 | | | | | | | | | |
| 30. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 31. NORTHERN TRUST #4 | | | | | | | | | |
| 32. ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 33. NORTHERN TRUST #5 | | | | | | | | | |
| 34. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---ABBVIE (ABBV) | A | Dividend | J | T | | | | | |
| 36. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 37. --AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 38. ---AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 39. ---APPLE (APPL) | A | Dividend | J | T | | | | | |
| 40. ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 41. ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 42. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 43. ---BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 44. ---CDK GLOBAL INC. COM | A | Dividend | J | T | Spinoff (from line 41) | 10/06/14 | J | | |
| 45. ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 46. ---CONOCOPHIL (COP) | A | Dividend | J | T | | | | | |
| 47. ---COSTCO (COST) | A | Dividend | J | T | | | | | |
| 48. ---COVIDIEN (COV) | A | Dividend | J | T | | | | | |
| 49. ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 50. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 51. ---DOMINION (D) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 53. ---EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 54. ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 55. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 56. ---FRKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 57. ---GOOGLE (GOOG) | | None | | | Sold | 03/11/14 | J | C | |
| 58. ---GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 59. ---HJ HEINZ (HNZ) | | | | | Redeemed | 06/10/14 | J | | |
| 60. ---HOME DEPOT (HD) | A | Dividend | | | Donated | | | | |
| 61. ---INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 62. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 63. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 64. ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 65. ---MALLINCKRODT PLC COMMON STOCK (MNK) | | None | | | Sold | 08/11/14 | J | A | |
| 66. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Dividend | M | T | | | | | |
| 67. ---MFB NORTH FDS MUN MM FD (NOMXX) | A | Dividend | K | T | | | | | |
| 68. ---MFB NORTH FDS CA TAX EXPT (NCATX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | B | Distribution | | | | | | | |
| 70. ---MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | L | T | | | | | |
| 71. | B | Distribution | | | | | | | |
| 72. ---MFB NORTH STK INDEX (NOSIX) | A | Dividend | L | T | Buy (add'l) | 03/11/14 | J | | |
| 73. | A | Distribution | | | | | | | |
| 74. ---MFB NORTH MM GLOBAL RE (NMMGX) | A | Dividend | K | T | | | | | |
| 75. ---MFB NORTH INTL EQTY INDEX (NOINX) | C | Dividend | M | T | Buy (add'l) | 08/11/14 | K | | |
| 76. ---MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | J | T | | | | | |
| 77. ---MFC FLEXSHRS 3 YR (TDTT) | A | Dividend | J | T | | | | | |
| 78. ---MFC ISHARE TR CORE S&P (IJR) | A | Dividend | K | T | | | | | |
| 79. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | J | T | Buy (add'l) | 08/11/14 | J | | |
| 80. ---MFC SLT SECTOR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 81. ---MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 82. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 83. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | Buy (add'l) | 08/11/14 | J | | |
| 84. ---MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | A | Dividend | K | T | Buy (add'l) | 08/11/14 | K | | |
| 85. --MFC VANGUARD MSCI EMERGING MKTS (VWO) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --MFC SELECT SECTOR SPDR TR CNSMR DIS COM (XLY) | A | Dividend | J | T | | | | | |
| 87. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 88. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 89. ---NOBLE ENERGY INC ((NBL) | A | Dividend | J | T | | | | | |
| 90. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 91. ---NOW INC (DNOW) | | None | | | Spinoff (from line 87) | 06/05/14 | J | | |
| 92. | | None | | | Sold | 08/14/14 | J | A | |
| 93. ---NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 94. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 95. ---ORACLE (ORCL) | A | Dividend | J | T | | | | | |
| 96. ---PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 97. ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | | | | | |
| 98. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | | | | | |
| 99. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 100. --QUALCOMM (QCOM) | A | Dividend | J | T | | | | | |
| 101. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 102. ---SLT SECTOR SPDR TR INDL (XLI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 104.  ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 105.  ---SPDR S&P MIDCAP (MDY) | A | Dividend | J | T | | | | | |
| 106.  ---UNITED TECH (UTX) | A | Dividend | J | T | | | | | |
| 107.  --VF CORP COM (VFC) | A | Dividend | J | T | | | | | |
| 108.  ---WASHINGTON PRIME GROUP (WPG) | | None | | | Spinoff (from line 103) | 06/03/14 | J | | |
| 109. | | None | | | Sold | 08/14/14 | J | A | |
| 110.  ---WHOLE FOODS MKT (WFM) | A | Dividend | J | T | | | | | |
| 111.  NORTHERN TRUST #6 | | | | | | | | | |
| 112.  ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 113.  ---ABBVIE INC COM (ABBV) | A | Dividend | J | T | | | | | |
| 114.  ---AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 115.  ---AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 116.  ---AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 117.  ---APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 118.  ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 119.  ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 121. --BRISTOL MEYES SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 122. ---CDK GLOBAL INC. (CDK) | A | Dividend | J | T | Spinoff (from line 119) | 10/06/14 | J | | |
| 123. ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 124. ---CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 125. ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 126. --COVIDIEN (COV) | A | Dividend | J | T | | | | | |
| 127. ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 128. ---DANAHER CORP (DHR) | A | Dividend | K | T | | | | | |
| 129. ---DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 130. ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 131. --EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 132. ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 133. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 134. ---FRNKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 135. ---GOOGLE (GOOG) | | None | | | Sold | 03/11/14 | K | D | |
| 136. ---GRAINGER W W (GWW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  ---HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 138.  ----ITEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 139.  ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 140.  ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 141.  ---MALLINCKDRODT PLC COMMON STOCK (MNK) | | None | | | Sold | 08/11/14 | K | A | |
| 142.  ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 143.  ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | | | | | |
| 144.  ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | C | Dividend | M | T | Buy (add'l) | 08/11/14 | K | | |
| 145.  ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | | | | | |
| 146. | A | Distribution | | | | | | | |
| 147.  ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | L | T | | | | | |
| 148.  ---MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | J | T | | | | | |
| 149.  ---MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | J | T | | | | | |
| 150.  ---MFC FLEXSHARES TR MRNGSTR GLBL (GUNR) UPSTREAM NAT RES INDEX (GUNR) | B | Dividend | L | T | | | | | |
| 151.  ---MFC ISHARES CORE S&P (IJR) | A | Dividend | L | T | | | | | |
| 152.  ---MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | K | T | | | | | |
| 154. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 155. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 156. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 157. ---MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 158. ---MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 159. ---MFC VANGUARD EMERG (VWO) | C | Dividend | M | T | | | | | |
| 160. ---MFC VANGUARD ITL EQ (VEU) | D | Dividend | M | T | Buy (add'l) | 08/11/14 | L | | |
| 161. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 162. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 163. ---NOBLE ENERGY (NBL) | A | Dividend | J | T | | | | | |
| 164. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 165. ---NOW INC (DNOW) | | None | | | Spinoff (from line 161) | 06/05/14 | J | | |
| 166. | | None | | | Sold | 08/11/14 | J | A | |
| 167. ---NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 168. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 169. ---ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 171. ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | | | | | |
| 172. ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 173. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 174. ---QUALCOMM INC COM (QCOM) | A | Dividend | J | T | | | | | |
| 175. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 176. ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 177. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 178. ---SPDR S&P MIDCAP (MDY) | A | Dividend | L | T | | | | | |
| 179. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 180. ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 181. ---VF CORP (VFC) | A | Dividend | K | T | | | | | |
| 182. ---WASHINGTON PRIME GROUP (WPG) | | None | | | Spinoff (from line 177) | 06/03/14 | J | | |
| 183. | | None | | | Sold | 08/11/14 | J | A | |
| 184. ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | | | | | |
| 185. | | | | | | | | | |
| 186. NORTHERN TRUST #7 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. ---TEMPLETON FOREIGN CL A (TEMFX) | B | Dividend | L | T | Buy (add'l) | 12/23/14 | J | | |
| 188. | B | Distribution | | | | | | | |
| 189. NORTHERN TRUST #8 | | | | | | | | | |
| 190. ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | L | T | Buy (add'l) | 12/24/14 | J | | |
| 191. NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 192. NORTHERN TRUST #10 | A | Dividend | L | T | | | | | |
| 193. CONDO(50%) SAN FRANCISCO CA | E | Rent | O | W | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | | | | | |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 58.  Gifted 51 shares to Grameen Foundation and 34 shares to Murie Center on 12/22/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544